# RECEIVED

2008 SEP -8  A 11: 09

Federal Court Building FINANCIAL
    280 S. First Street DISCLOSURE OFFICE
San Jose, CA 95113
August 29, 2008


Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544


Dear Committee:

Enclosed is my Amended Financial Disclosure Report for the year ending December 31, 2007 which addresses the matters pointed out in Judge Orie's letter to me dated July 23, 2008. I also added item 45 to Part VII which is an investment ██████ obtained on June 28, 1993 with her separate property and of which I was not previously aware. This is explained in Part VIII.

I assume any deficiencies in my 2007 Report have now been sufficiently addressed.

Very truly yours,

██████████████

Ronald M. Whyte

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Whyte, Ronald M | 2. Court or Organization  Northern District California | 3. Date of Report  08/29/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  U.S. District Court  280 S. First Street  San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Exec. Committee | Santa Clara Inn of Court |
| 2. Member | Intellectual Property Board of Advisors - George Washington Law School |
| 3. Member | Santa Clara Law School IP Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 SEP -8 A 11: 09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 08/29/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Court Designated Child Advocates - wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AIPLA | May 4-6, 2007 | Boston, Massachusetts | Professional Programs | Reimbursement of meals, travel and lodging |
| 2. | Federal Circuit Bar Asociation | June 27-29, 2007 | Cambridge, Maryland | Professioonal Conference | Reimbursement for meals, travel and lodging |
| 3. | NAPABA | November 15-17, 2007 | Las Vegas, Nevada | Professional Conference | Reimbursement for meals, travel and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 08/29/2008 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emeryville Redev Bond | A | Interest | J | T | | | | | |
| 2. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 3. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 4. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 5. Centerline Holding (Charter Muni Accept Corp) | B | Distribution | K | T | | | | | |
| 6. Davis NY Venture Mut Fund | | | | | Partial sale | 1/19 | J | A | |
| 7. Davis NY Ventue Mut Fund | | | | | Partial sale | 4/20 | J | A | |
| 8. Davis NY Venture Mut Fund | B | Dividend | M | T | Partial sale | 5/1 | K | E | |
| 9. Target Large Cap Portfolio Trust | D. | Dividend | M | T | | | | | |
| 10. Target Small Cap Portfolio Trust | C | Dividend | L | T | Partial Sale | 7/13 | J | A | |
| 11. Templeton Foreign Fund | D | Dividend | M | T | | | | | |
| 12. Templeton Foreign Fund | E | Dividend | M | T | | | | | |
| 13. Dryden Cal Muni Fund | B | Dividend | K | T | | | | | |
| 14. Putnam Cal Tax Ex Fund | D | Dividend | M | T | Partial Sale | 4/10 | K | A | |
| 15. Evergreen Municipal Fund | A | Interest | K | T | | | | | |
| 16. Pax World Fund | D | Dividend | N | T | | | | | |
| 17. First Eagle (Sogen) International Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of the West Acct | A | Interest | J | T | | | | | |
| 19. Bank of the West Acct | B | Interest | L | T | | | | | |
| 20. Rental Property, Ketchum, ID, assessed value: $349,200 | D | Rent | N | S | | | | | |
| 21. Rental Property , Los Gatos, CA, assessed value: $ 245,178 | D | Rent | N | S | | | | | |
| 22. Calamos Investment Trust Growth Fund | D | Dividend | L | T | | | | | |
| 23. Eaton Vance Health Science Fund | D | Dividend | L | T | | | | | |
| 24. von Weise Properties, LLC | E | Distribution | N | W | | | | | |
| 25. Century Small Cap Select FD Inv Shs | B | Dividend | K | T | | | | | |
| 26. Julius Baer Invt Fds Intl Equity Fd | D | Dividend | L | T | | | | | |
| 27. Oppenheimer Dev Mrks Fd | C | Dividend | K | T | | | | | |
| 28. Wash Mut Bank | A | Interest | J | T | | | | | |
| 29. CRM Mid Cap Fd Inst | D | Dividend | L | T | | | | | |
| 30. Riverside Ca uni S/D bond | A | Interest | K | T | | | | | |
| 31. Rosemead Ca 3.5 Redev Bond | B | Interest | L | T | | | | | |
| 32. Ceres Ca Redev Bond | B | Interest | K | T | | | | | |
| 33. Corona Ca Corp Yd Bond | A | Interest | K | T | | | | | |
| 34. Solano Ca 3.5% Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 08/29/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Keeley Small Cap Fund | B | Dividend | L | T | | | | | |
| 36. PIMCO For Bond Fund | C | Dividend | M | T | | | | | |
| 37. PIMCO Low Dur Fund | B | Dividend | N | T | | | | | |
| 38. ABN Montag & Calwll Fund | B | Dividend | L | T | | | | | |
| 39. Janus Invt Fund | B | Dividend | L | T | | | | | |
| 40. Glendale CA Bond | A | Interest | K | T | Buy | 5/21 | K | | |
| 41. Pomona CA Bond | B | Interest | L | T | | | | | |
| 42. CMA Money Fund | A | Dividend | K | T | Buy | 10/25 | K | | |
| 43. ML Bank Deposit | A | Interest | L | T | Buy | 12/20 | K | | |
| 44. Sacramento San Bd | B | Interest | L | T | Buy | 1/03 | L | | |
| 45. Reassure Annuity | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 08/29/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

With respect to listings in Part VII;

Item 41, Pomona CA Bond, was inadvertently left off my report for calendar year 2006. It was bought 12/22/06 at market with a value code of L.

Items 41 and 43 on my 2007 report, WT Mut Fd Crm Mid Cap Value FD and Crm Mid Cap Fd Inst, should have been combined as they reflect the same holding. On this report the asset is reported as item 29.

Item 45, Reassure Annuity, should have been listed since 1993 when ████ obtained it with her separate property. It was obtained on 6/28/93.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Whyte, Ronald M | 2. Court or Organization  Northern District California | 3. Date of Report  05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  U.S. District Court  280 S. First Street  San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Exec. Committee | Santa Clara Inn of Court |
| 2. Member | Intellectual Property Board of Advisors - George Washington Law School |
| 3. Member | Santa Clara Law School IP Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 22 A 10: 49 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Court Designated Child Advocates - wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AIPLA | May 4-6, 2007 | Boston, Massachusetts | Professional Programs | Reimbursement of meals, travel and lodging |
| 2. | Federal Circuit Bar Asociation | June 27-29, 2007 | Cambridge, Maryland | Professioonal Conference | Reimbursement for meals, travel and lodging |
| 3. | NAPABA | November 15-17, 2007 | Las Vegas, Nevada | Professional Conference | Reimbursement for meals, travel and lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emeryville Redev Bond | A | Interest | J | T | | | | | |
| 2. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 3. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 4. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 5. Centerline Holding (Charter Muni Accept Corp) | B | Distribution | K | T | | | | | |
| 6. Davis NY Venture Mut Fund | | | | | Partial sale | 1/19 | J | A | |
| 7. Davis NY Ventue Mut Fund | | | | | Partial sale | 4/20 | J | A | |
| 8. Davis NY Venture Mut Fund | B | Dividend | M | T | Partial sale | 5/1 | K | E | |
| 9. Target Large Cap Portfolio Trust | D | Dividend | M | T | | | | | |
| 10. Target Small Cap Portfolio Trust | C | Dividend | L | T | Partial Sale | 7/13 | J | A | |
| 11. Templeton Foreign Fund | D | Dividend | M | T | | | | | |
| 12. Templeton Foreign Fund | E | Dividend | M | T | | | | | |
| 13. Dryden Cal Muni Fund | B | Dividend | K | T | | | | | |
| 14. Putnam Cal Tax Ex Fund | D | Dividend | M | T | Partial Sale | 4/10 | K | A | |
| 15. Evergreen Municipal Fund | A | Interest | K | T | | | | | |
| 16. Pax World Fund | D | Dividend | N | T | | | | | |
| 17. First Eagle (Sogen) International Fund | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of the West Acct | A | Interest | J | T | | | | | |
| 19. Bank of the West Acct | B | Interest | L | T | | | | | |
| 20. Rental Property, Ketchum, ID, assessed value: $349,200 | D | Rent | N | S | | | | | |
| 21. Rental Property , Los Gatos, CA, assessed value: $ 245,178 | D | Rent | N | S | | | | | |
| 22. Calamos  Investment  Trust Growth Fund | D | Dividend | L | T | | | | | |
| 23. Eaton Vance Health Science Fund | D | Dividend | L | T | | | | | |
| 24. von Weise Properties, LLC | E | Distribution | N | W | | | | | |
| 25. Century Small Cap Select FD Inv Shs | B | Dividend | K | T | | | | | |
| 26. Julius Baer Invt Fds Intl Equity Fd | D | Dividend | L | T | | | | | |
| 27. Oppenheimer Dev Mrks Fd | C | Dividend | K | T | | | | | |
| 28. Wash Mut Bank | A | Interest | J | T | | | | | |
| 29. CRM Mid Cap Fd Inst | D | Dividend | L | T | | | | | |
| 30. Riverside Ca uni S/D bond | A | Interest | K | T | | | | | |
| 31. Rosemead Ca 3.5 Redev Bond | B | Interest | L | T | | | | | |
| 32. Ceres Ca Redev Bond | B | Interest | K | T | | | | | |
| 33. Corona Ca Corp Yd Bond | A | Interest | K | T | | | | | |
| 34. Solano Ca 3.5% Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Keeley Small Cap Fund | B | Dividend | L | T | | | | | |
| 36. PIMCO For Bond Fund | C | Dividend | M | T | | | | | |
| 37. PIMCO Low Dur Fund | B | Dividend | N | T | | | | | |
| 38. ABN Montag & Calwll Fund | B | Dividend | L | S | | | | | |
| 39. Janus Invt Fund | B | Dividend | L | T | | | | | |
| 40. Glendale CA Bond | A | Interest | K | T | | | | | |
| 41. Pomona CA Bond | B | Interest | L | T | | | | | |
| 42. CMA Money Fund | A | Dividend | K | T | | | | | |
| 43. ML Bank Deposit | A | Interest | L | T | | | | | |
| 44. Sacramento San Bd | B | Interest | L | T | Buy | 1/03 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

With respect to listings in Part VII;

Item 41, Pomona CA Bond, was inadvertently left off my report for calendar year 2006. It was bought 12/22/06 at market with a value code of L.

Items 41 and 43 on my 2007 report, WT Mut Fd Crm Mid Cap Value FD and Crm Mid Cap Fd Inst, should have been combined as they reflect the same holding. On this report the asset is reported as item 29.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544